1
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12

13  JULIA PAVLOVIC,                )    Case No.: C-11-04234 PSG
                                   )
14              Plaintiff,         )    **STANDBY ORDER TO SHOW**
        v.                         )    **CAUSE**
15                                 )
                                   )
16  VIKING COLLECTION SERVICE,     )
    INC.,                          )
17                                 )
                Defendant.         )
18  _____

19
        The court has been advised that the parties have reached a settlement of all claims.
20
    Plaintiff Julia Pavlovic ("Pavlovic") shall file a dismissal pursuant to Federal Rule of Civil
21
    Procedure 41(a)(1)(ii) no later than December 2, 2011.  If a dismissal of the action is not filed by
22
    that date, Pavlovic shall appear on December 6, 2011 at 2PM in Courtroom 5, 4th Floor and
23
    show cause why the case should not be dismissed.
24
        Failure to comply with this Order may result in dismissal of the action pursuant to
25
26
27
28

ORDER, *page 1*

1  Federal Rule of Civil Procedure 41(b).
2      IT IS SO ORDERED.
3
4  Dated:  October 21, 2011

                                       PAUL S. GREWAL
5                                         United States Magistrate Judge